JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ELLA MOYSEYENKO,
Plaintiff,
v.
U.S. RENAL CARE, INC., *et al*.,
Defendants.

Case No. 2:26-cv-04819-FLA (MBKx)

**ORDER REGARDING STIPULATION TO REMAND ACTION TO STATE COURT [DKT. 17]**

On August 24, 2026, the parties filed the subject Stipulation to Remand Action to State Court ("Stipulation"), stating the parties had agreed to remand the action to the Los Angeles Superior Court, Case No. 26STCV01274. Dkt. 17.

Having reviewed the Stipulation and finding good cause therefor, the court hereby REMANDS the action to Los Angeles Superior Court, Case No. 26STCV01274. The court VACATES all remaining pretrial and trial dates and deadlines.

IT IS SO ORDERED.

Dated: August 26, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge